UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:93CR00004-01

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| HARVEY DEWITT CALLAHAN | ) | |

It now appearing to the court that the said Harvey Dewitt Callahan died on or about December 31, 2000, at which time a remaining liability existed in the amount of $2,700.00.

**THEREFORE**, the court finds and concludes that the judgment did abate with the death of said debtor.

This 14 March 2011.

_____
W. Earl Britt
Senior U.S. District Judge